UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(j) |
| | ) | Possession of a Stolen Firearm |
| JAMES TRAVON WALKER | ) | |

FILED U.S. DISTRICT COURT
2022 JUL 13 P 2: 36
CLERK [signature]
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

CR422-103

## COUNT ONE
*Possession of a Stolen Firearm*
18 U.S.C. § 922(j)

On or about January 11, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

**JAMES TRAVON WALKER,**

knowingly possessed, in and affecting commerce, stolen firearms, that is, a Smith & Wesson, Model SW40VE, .40 caliber pistol, and a Sig Sauer, Model P938 Equinox, 9mm pistol, which had been transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

*Signatures on following page*

1

A True Bill.

_____
Foreperson

David H. Estes
United States Attorney

Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

2